# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1963

_____

Darwin Butler,

        Appellant,

v.

The Curators of the University
of Missouri,

        Appellees.

\*   Appeal from the United States
District Court for the Eastern
District of Missouri.

[UNPUBLISHED]

_____

Submitted: October 3, 2002

Filed: October 21, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Darwin Butler appeals the district court's[1] order granting defendant's motion to enforce a settlement. Upon careful review of the record, we reject Mr. Butler's argument that the lien asserted by the Division of Child Support Enforcement

_____

[1]The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

("Division") was not perfected. The Division filed proper notice under Mo. Rev. Stat. § 454.505 thereby perfecting a lien on Mr. Butler's settlement proceeds. Accordingly, we affirm the district court's order enforcing the settlement agreement. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.